UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-45M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MARTIN A. JOHN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Sexual Abuse of a Minor

<u>Date of Detention Hearing</u>:    February 5, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged by complaint with the sexual abuse of two minors who are his stepdaughters.

01    2.    According to records reviewed by Pretrial Services, defendant allegedly admitted

02 to prior sexual molestation of a minor in the 1980s.

03    3.    Defendant's daughter offers her second home as a residence for defendant.  In

04 considering the possibility of less restrictive conditions of release, as contrasted with detention,

05 the Court has considered GPS or Electronic Monitoring.  These programs would allow for

06 monitoring of the defendant's whereabouts, but would not provide monitoring of visitors into the

07 defendant's residence.

08    4.    Defendant is not found to pose a risk of nonappearance.  However, he does pose

09 a risk of danger to the community due to alleged self admitted history of sexual abuse of a minor

10 and the nature of the instant offense.

11    5.    There does not appear to be any condition or combination of conditions that will

12 reasonably address the danger to other persons or the community.

13 It is therefore ORDERED:

14    (1)    Defendant shall be detained pending trial and committed to the custody of the

15         Attorney General for confinement in a correction facility separate, to the extent

16         practicable, from persons awaiting or serving sentences or being held in custody

17         pending appeal;

18    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

19         counsel;

20    (3)    On order of a court of the United States or on request of an attorney for the

21         Government, the person in charge of the corrections facility in which defendant is

22         confined shall deliver the defendant to a United States Marshal for the purpose of

an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of February, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91